# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTELLE LAURIE TCHOUANANG, individually; JACQUES OLIVER TCHOUANANG, individually; and JULIENNE TIABU, individually,<br><br>Plaintiff<br><br>v.<br><br>REPUBLIC SERVICES, INC., dba REPUBLIC SIVLER STATE DISPOSAL, INC., and UNKNOWN DOE DRIVER, individually; and DOES 1 through 20; and ROE BUSINESS ENTITIES 1 through 20,<br><br>Defendants | Case No.: 2:18-cv-01875-APG-PAL<br><br>**Order Remanding Case** |

Having considered the parties' responses to the order to show cause,

IT IS ORDERED that the caption is amended to include Republic Silver State Disposal, Inc. as a separate defendant.

IT IS FURTHER ORDERED that because defendant Republic Silver State Disposal, Inc. is a Nevada corporation, diversity jurisdiction no longer exists so this case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 18th day of December, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE